Opinion issued February 28, 2008














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00926-CR

____________


BERNARDINO RUIZ, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 183rd District Court 

Harris County, Texas

Trial Court Cause No. 1016838






MEMORANDUM OPINION

 On February 20, 2008, appellant filed a motion to dismiss the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.

Do not publish. Tex. R. App. P. 47.2(b).